UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCIS NYARKO-ATTAH,

                              Plaintiff,                       **24 Civ. No. 4374 (LJL)**

        -against-                                     **PRE-SETTLEMENT**
                                                              **CONFERENCE ORDER**

KTI EXPRESS, LLC., GENNADIY
KALISH, FDI MANAGEMENT
GROUP, INC., and BCS FREIGHT LLC.

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, September 18, 2024 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 688 920 114#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
               September 11, 2024

                                                        _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge