# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Nadine Ibrahim
Associate
90 Broad Street, 12th Floor
New York, New York 10004
nibrahim@gvlaw.com
732-575-8061

November 19, 2024

**VIA ECF**
The Honorable Judge Gary Stein
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   Joint Letter in the matter of *Nyarko-Attah v. KTI Express, LLC et al*
      Case No.: 1:24-cv-04374-LJL

Dear Honorable Judge:

The undersigned law firm represents defendants KTI Express and Gennadiy Kalish in the above-entitled matter. The parties write jointly to inform the court that a settlement in principle has been reached. The parties respectfully request that the Court adjourn the December 13, 2024 settlement conference *sine die*.

The parties thank the Court for all its assistance.

Application granted. The parties have informed the Court that they have reached a settlement in principle. Given this development, the Settlement Conference scheduled for Friday, December 13, 2024 at 10:00 a.m. is hereby cancelled. SO ORDERED.

Date:   November 20, 2024
        New York, NY

NI/nc

Respectfully submitted,

GALLO VITUCCI KLAR LLP

*Nadine Ibrahim*

Nadine Ibrahim

**SO ORDERED:**

*Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE